

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

―――――――――――――――――――――――――――――――――――――――――――――

*970 Broad Street, 7th floor*　　　　　　　　　　　　　　　　973-645-2700
*Newark, New Jersey 07102*

August 12, 2025

Melissa E. Rhoads, Clerk
United States District Court
Martin Luther King Jr. Federal Building
　　& Courthouse
50 Walnut Street
Newark, New Jersey 07102

Attention:　　Antigone Owens-Krefski, Deputy Clerk

　　　　　　Re:　　*United States v. Kfir Baroan*

Dear Ms. Owens-Krefski:

　　Enclosed for assignment is an Information charging defendant Kfir Baroan with income tax evasion, in violation of 26 U.S.C. § 7201, and failure to pay over payroll taxes, in violation of 26 U.S.C. § 7202. The Information and cover sheet are enclosed.

　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　TODD W. BLANCHE
　　　　　　　　　　　　　　　　U.S. Deputy Attorney General

　　　　　　　　　　　　　　　　ALINA HABBA
　　　　　　　　　　　　　　　　Acting United States Attorney
　　　　　　　　　　　　　　　　Special Attorney


　　　　　　　　　　　　　　　　*s/ Katherine M. Romano*
　　　　　　　　　　　　　By:　Katherine M. Romano
　　　　　　　　　　　　　　　　Assistant U.S. Attorney