**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK                                                                 **DATE:** 9/30/2025
**JUDGE: MICHAEL E. FARBIARZ**
**COURT REPORTER:** Lisa A. Larsen

**TITLE OF CASE:**                                                                 **DOCKET#** 25-602

United States
v.
Kfir Baroan

**APPEARANCES:**

Katherine Romano, AUSA
Michael S. Weinstein, Esq.

**Nature of Proceedings**: TELEPHONE CONFERENCE held on the record

Status conference held regarding the pending plea hearing.
Counsel to submit by 10/8/2025 advisement as to his client's position.

**Time Commenced: 12:00**
**Time Adjourned: 12:30**
**Total Time: 30 min**

                                                       RoseMarie Olivieri
                                                       SENIOR COURTROOM DEPUTY