UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>KFIR BAROAN,<br><br>            Defendant. | Criminal No: 25-00602 (MEF)<br><br>**ORDER** |

It appearing that the above action raises issues common to those in <u>United States v. Giraud Jr, et al.</u>, Criminal Action No. 24-768 (M.D. Pa. 2024), and;

Pursuant to the July 28, 2025 Order of the Honorable Michael A. Chagares, Chief Judge of the United States Court of Appeals for the Third Circuit, and;

For good cause shown;

**It is on this 10th day of October 2025;**

**ORDERED** that this action is hereby transferred to the Honorable Matthew W. Brann, Chief Judge of the United States District Court for the Middle District of Pennsylvania.

_____
HON. MICHAEL FARBIARZ
UNITED STATES DISTRICT JUDGE